IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSE LEE SIMS,            ) | |
|     Plaintiff,             ) | |
|                            ) | |
| v.                         ) | CIVIL ACTION NO. 1:23-00385-N |
|                            ) | |
| KILOLO KIJAKAZI, *Acting*  ) | |
| *Commissioner of Social Security*, ) | |
|     Defendant.             ) | |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Plaintiff, **JESSE LEE SIMS**, and against the Defendant Commissioner of Social Security, in accordance with the Order entered on this date reversing the Commissioner's final decision terminating Sims's entitlement to continuing Social Security benefits and remanding for further proceedings under sentence four of 42 U.S.C. § 405(g).

**DONE** this the **19th** day of **December 2023**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**